UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-

05 198 ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

JURY TRIAL CLAIMED

## COMPLAINT

### PARTIES

1. Plaintiff, DOUGLAS PAQUETTE, INC. ("DPI"), is a Rhode Island corporation located in Providence, Rhode Island.

2. Defendant, THE TJX COMPANIES, INC. ("TJX"), is a Delaware corporation with its headquarters in Framingham, Massachusetts. TJX has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction. TJX owns and operates T.J. MAXX, MARSHALLS, HOMEGOODS, A.J. WRIGHT, and BOB's stores in Rhode Island and throughout the United States.

3. Defendant, LIZ CLAIBORNE, INC. ("LIZ CLAIBORNE"), is a Delaware corporation with its headquarters in New York. LIZ CLAIBORNE has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.

4. Defendant, PERRY ELLIS INTERNATIONAL, INC. ("PERRY ELLIS"), is a Florida corporation with its headquarters in Miami, Florida. PERRY ELLIS has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.

5. Defendant, STEIN MART, INC. ("STEIN MART"), is a Florida corporation with its headquarters in Jacksonville, Florida. STEIN MART has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.

6. Defendant, BLUE STAR WEBBING CORP. ("BLUE STAR WEBBING"), is a New York corporation with its headquarters in Garden City, New York. BLUE STAR WEBBING has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.

7. Defendant, AMIEE LYNN, INC., ("AMIEE LYNN"), is a New York corporation with offices in New York and New Jersey. AMIEE LYNN has sufficient contacts with this forum to subject it to this court's *in personam* jurisdiction.

## JURISDICTION

8. This court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that this matter arises under federal law. In particular, this is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* and for violations of Section 43 (a) of the Lanham Act, 15 U.S.C. §1125 (a). This court also has supplemental jurisdiction over the related state law claims, pursuant to 28 U.S.C. § 1367.

## FACTS

9. Plaintiff, DPI, designs, manufactures, and sells original fashion accessories, home decor items, and pet accessories.

10. Among DPI's original designs are its woven jacquard ribbon motif fabric designs, which DPI uses on belts, head bands, key chains, sandals, dog leads, dog collars, and dog harnesses.

11. DPI's original woven jacquard ribbon motif fabric designs are registered with the U.S. Copyright Office. Annexed hereto as Exhibits "A" and "B" are U.S. Copyright Certificate of Registration No. VA 1-203-163 and U.S. Copyright Registration No. VA 1-224-891.

12. Without plaintiff's permission and in violation of plaintiff's rights, defendants are selling and offering for sale in Rhode Island and elsewhere goods that imitate, copy, and infringe upon plaintiff's original, copyrighted ribbon motif fabric designs ("Infringing Goods").

13. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered damages.

14. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

15. Defendants' acts of infringement have been and continue to be willful.

<u>COUNT I</u>
(Copyright Infringement --
U.S. Copyright Certificate of Registration
No. VA 1-203-163)

16. Paragraphs 1 through 15 are incorporated herein.

17. Defendants have infringed upon and are continuing to infringe upon the works identified in U.S. Copyright Certificate of Registration No. VA 1-203-163.

18. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered money damages.

19. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

20. Defendants' acts of infringement have been and continue to be willful.

**WHEREFORE**, plaintiff prays for judgment in its favor and against defendants:

- for a preliminary and a permanent injunction prohibiting defendants from infringing plaintiff's copyrighted works;
- for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for a preliminary and a permanent injunction ordering defendants to recall and remove from places of sale the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an order impounding the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for preliminary and a permanent injunction ordering defendants to deliver upon oath the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an accounting for all profits earned by defendants on the sale of the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an award of actual damages plus the defendants' profits;
- for an award of statutory damages pursuant to 17 U.S.C. § 504(c);
- for an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505;
- for such other relief as the court deems just.

**COUNT II**
**(Copyright Infringement --**
**U.S. Copyright Certificate of Registration**
**No. VA 1-224-891)**

21. Paragraphs 1 through 20 are incorporated herein.

22. Defendants have infringed upon and are continuing to infringe upon the works identified in U.S. Copyright Certificate of Registration No. VA 1-224-891.

23. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered money damages.

24. As a direct and proximate result of defendants' acts of infringement, plaintiff has suffered and continues to suffer irreparable harm for which there is no adequate remedy at law.

25. Defendants' acts of infringement have been and continue to be willful.

WHEREFORE, plaintiff prays for judgment in its favor and against defendants:

- for a preliminary and a permanent injunction prohibiting defendants from infringing plaintiff's copyrighted works;
- for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for a preliminary and a permanent injunction ordering defendants to recall and remove from places of sale the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an order impounding the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for preliminary and a permanent injunction ordering defendants to deliver upon oath the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;

- for an accounting for all profits earned by defendants on the sale of the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an award of actual damages plus the defendants' profits;
- for an award of statutory damages pursuant to 17 U.S.C. § 504(c);
- for an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505;
- for such other relief as the court deems just.

**COUNT III**
**(Violation of Section 43 (a) of the Lanham Act)**

26. Paragraphs 1 through 25 are incorporated herein.

27. Defendants' infringement upon plaintiff's works constitutes a false designation of origin and a false description of the goods effecting interstate commerce in violation of Section 43 (a) of the Lanham Act, 15 U.S.C. §1125 (a).

WHEREFORE, plaintiff prays for judgment in its favor and against defendants:

- for all remedies available under Section 43(a) of the Lanham Act;
- for a preliminary and a permanent injunction prohibiting defendants from infringing plaintiff's original works;
- for a preliminary and a permanent injunction prohibiting defendants from making, offering for sale, or selling the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for a preliminary and a permanent injunction ordering defendants to recall and remove from places of sale the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an order impounding the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;

- for preliminary and a permanent injunction ordering defendants to deliver upon oath the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an accounting for all profits earned by defendants on the sale of the Infringing Goods and any other goods derived from or substantially similar to the Infringing Goods;
- for an award of actual damages plus the defendants' profits;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT IV**
**(Misappropriation)**

28. Paragraphs 1 through 27 are incorporated herein.

29. Plaintiff has invested substantial time, effort, and money in the works described herein.

30. Defendants have appropriated the fruits of plaintiff's investment at no cost.

31. As a direct and proximate result of defendants' misappropriation, plaintiff has been injured.

WHEREFORE, plaintiff prays for judgment in its favor and against the defendants:

- for an award of compensatory damages;
- for an award of punitive damages ;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

**COUNT V**
**(Dilution)**

32. Paragraphs 1 through 31 are incorporated herein.

33. Defendants' infringement upon plaintiff's original works, as described herein, causes a likelihood of injury to plaintiff's business reputation and a likelihood of dilution of the distinctive quality of plaintiff's works, in violation of plaintiff's common law rights and in violation of R.I.G.L. § 6-2-12.

WHEREFORE, plaintiff prays for judgment in its favor and against the defendants:

- for all remedies available under R.I.G.L. § 6-2-12.
- for an award of compensatory damages;
- for an award of punitive damages ;
- for an award of costs and attorneys' fees;
- for such other relief as the court deems just.

Plaintiff,
DOUGLAS PAQUETTE, INC.,
By Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

DATED: MAY 9, 2005

Plaintiff claims a trial by jury on all issues so triable.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA 1-203-163

VA000120313

( VA ) VAU

EFFECTIVE DATE OF REGISTRATION

March 12 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼ RIBBON MOTIFS SHELLS, WHALES BASKETS, BEACH, BUGS GOLF, MARTINI, PALMTREE PINEAPPLE, POODLE, SAILBOATS, SANDALS

NATURE OF THIS WORK ▼ See instructions — FABRIC DESIGNS

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

"RIBBON MOTIFS"

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼ SUSAN BLAIR

DATES OF BIRTH AND DEATH Year Born ▼ 9/10/53 Year Died ▼ —

Was this contribution to the work a "work made for hire"? ~~☐ Yes~~ ☒ No

Author's Nationality or Domicile Name of Country OR { Citizen of U S / Domiciled in U S

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

- ☐ 3-Dimensional sculpture
- ☒ 2-Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☐ Technical drawing
- ☐ Text
- ☐ Architectural work

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile Name of Country OR { Citizen of / Domiciled in

Was This Author's Contribution to the Work Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions

- ☐ 3-Dimensional sculpture
- ☐ 2-Dimensional artwork
- ☐ Reproduction of work of art
- ☐ Map
- ☐ Photograph
- ☐ Jewelry design
- ☐ Technical drawing
- ☐ Text
- ☐ Architectural work

**3**

Year in Which Creation of This Work Was Completed 2003 Year — This information must be given in all cases.

Date and Nation of First Publication of This Particular Work — Complete this information ONLY if this work has been published. Month FEB Day 1ST Year 2003 Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

DOUGLAS PAQUETTE, INC
ONE ACORN STREET
PROVIDENCE RI 02903

See instructions before completing this space

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

BY WRITTEN CONTRACT

APPLICATION RECEIVED 8/26/03
ONE DEPOSIT RECEIVED March 12, 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

A

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

Amended by C O Authority phone conversation with Lori Platne, 9/4/03

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant.

c ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

LORI PLANTE
DOUGLAS PAQUETTE, INC
ONE ACORN ST
PROVIDENCE RI 02903

Area code and daytime telephone number (401) 273-0066 Fax number (401) 273-8209

Email LORI@DOUGLASPAQUETTE.COM

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
☐ author
☒ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ______
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DOUGLAS A. PAQUETTE Date 8-15-03

Handwritten signature (X) ▼

X [signature]

**Certificate will be mailed in window envelope to this address** **9**

Name ▼ DOUGLAS PAQUETTE, INC

Number/Street/Apt ▼ ONE ACORN STREET

City/State/ZIP ▼ PROVIDENCE RI 02903

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
[illegible]
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.















[redacted]





# Certificate of Registration

FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-224-891

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

EFFECTIVE DATE OF REGISTRATION

Sep 23 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
TROPICAL FISH, ADIRONDACK CHAIR, ANCHOR & SHIPS WHEEL, TENNIS RACKETS, LOBSTERS, HATS, SHOES, HANDBAGS

NATURE OF THIS WORK ▼ See instructions
FABRIC DESIGNS

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NAME OF AUTHOR ▼
SUSAN BLAIR

DATES OF BIRTH AND DEATH
Year Born ▼ 9/10/53 Year Died ▼ —

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of US
{ Domiciled in US

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☒ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
{ Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

Year in Which Creation of This Work Was Completed
2003 Year
This information must be given in all cases.

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month SEP Day 5th Year 2003
U.S. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DOUGLAS PARQUETTE, INC.
ONE ACORN STREET
PROVIDENCE, RI 02903

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY WRITTEN CONTRACT

APPLICATION RECEIVED
SEP 23 2003
ONE DEPOSIT RECEIVED
SEP 23 2003
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

"B"

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

DOUGLAS PAQUETTE, INC
ONE ACORN ST
PROVIDENCE, RI 02903

Area code and daytime telephone number (401) 273-0066 Fax number (401) 273-8209

Email LORI @ DOUGLASPAQUETTE.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **8**

check only one ▶
- ☐ author
- ☒ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ______ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

DOUGLAS A. PAQUETTE Date 9-5-03

Handwritten signature (X) ▼

x [signature]

**Certificate will be mailed in window envelope to this address** **9**

Name ▼ DOUGLAS PAQUETTE, INC

Number/Street/Apt ▼ ONE ACORN STREET

City/State/ZIP ▼ PROVIDENCE, RI 02903

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

































