AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

THE TJX COMPANIES, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

05 198 ML

CASE NUMBER:

TO: (Name and address of Defendant)

THE TJX COMPANIES, INC.
c/o CT CORPORATION SYSTEM
10 WEYBOSSET STREET
PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Provicence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

May 9, 2005

DATE

(By) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-9-05 |
| NAME OF SERVER *(PRINT)* Ronald Russo | TITLE WDC Constable #613 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): CT. Corp 10 Weybosset St PRV

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 40- | 40- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-9-05
Date

Ronald J Russo
Signature of Server

PO Box 7581 Warwick RI
Address of Server

U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND
2005 MAY 17 A 10 03
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.