UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

## AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. On May 9, 2005, I mailed a summons and a copy of the complaint to defendant, PERRY ELLIS INTERNATIONAL, INC., by and through its registered agent for service of process, B & C Corporate Services, Inc., 201 South Biscayne Blvd., Suite 3000, Miami, Florida 33131, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that defendant's agent received the summons and copy of the complaint on **May 11, 2005**. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On
This 17th Day of May, 2005.

[signature]
Notary Public #8657

3

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

THE TJX COMPANIES, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

05 198 ML

CASE NUMBER:

TO: (Name and address of Defendant)

PERRY ELLIS INTERNATIONAL, INC.,
c/o Its Registered Agent,
B & C CORPORATE SERVICES, INC.
201 SOUTH BISCAYNE BLVD., SUITE 3000
MIAMI FL 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Provicence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the complaint which is
summons upon you, exclusive of the
the relief demanded in the complai
period of time after service.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece.

B & C CORPORATE SERVICES, INC.
201 SOUTH BISCAYNE BLVD., SUITE 3000
MIAMI FL 33131

7005 0390 0006 2319 8119

CLERK

(By) DEPUTY CLERK