UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

## AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. On May 9, 2005, I mailed a summons and a copy of the complaint to defendant, STEIN MART, INC., by and through its registered agent for service of process, NRAI Services, Inc., 2731 Executive Park Drive, Suite 4, Weston, Fl 33331, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that defendant's agent received the summons and copy of the complaint on **May 12, 2005**. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

[signature]

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On
This 17th Day of May, 2005.

[signature]
Notary Public #8257

4

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

THE TJX COMPANIES, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: [redacted] 05 198 ML

TO: (Name and address of Defendant)

STEIN MART, INC.
c/o Its Registered Agent,
NRAI SERVICES, INC.
2731 EXECUTIVE PARK DRIVE -- SUITE 4
WESTON FL 33331

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Provicence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the complaint which is … summons upon you, exclusive of th… the relief demanded in the complai… period of time after service.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TO: (Name and address of Defendant)

STEIN MART, INC.
c/o Its Registered Agent,
NRAI SERVICES, INC.
2731 EXECUTIVE PARK DRIVE -- SUITE 4
WESTON FL 33331

COMPLETE THIS SECTION ON DELIVERY

A. Signature

B. Received by

7002 3150 0000 6193 4971

CLERK

(By) DEPUTY CLERK