UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

## AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. On May 9, 2005, I mailed a summons and a copy of the complaint to defendant, LIZ CLAIBORNE, INC., by and through its chairman or chief executive officer, Paul Charron, 1441 Broadway, New York, NY 10018, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that defendant's agent received the summons and copy of the complaint on **May 12, 2005**. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On
This 17th Day of May, 2005.

Notary Public
Notary Public #8157

6

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

THE TJX COMPANIES, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

05 198 ML

CASE NUMBER:

TO: (Name and address of Defendant)

LIZ CLAIBORNE, INC.
c/o PAUL CHARRON, PRESIDENT,
1441 BROADWAY
NEW YORK, NEW YORK, 10018

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Providence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the complaint which is h
summons upon you, exclusive of the
the relief demanded in the complaint
period of time after service.

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIZ CLAIBORNE

COMPLETE THIS SECTION ON DELIVERY

D. Is delivery address different from item 1?
If YES, enter delivery address below:

7005 0390 0006 2319 8089

CLERK

(By) DEPUTY CLERK