UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

AFFIDAVIT OF SERVICE

I, MICHAEL H. FELDHUHN, ESQUIRE (#3344), upon oath, depose and say as follows:

1. On May 9, 2005, I mailed a summons and a copy of the complaint to defendant, BLUE STAR WEBBING CORP., by and through its chairman or chief executive officer, Norman Russ, c/o Blue Star Webbing Corp., 77 Second Avenue, Garden City Park, New York, 11040, by certified mail, return receipt requested, pursuant to F.R.Civ.P. 4(h)(1) and 4(e)(1). A copy of the summons is attached hereto.

2. The return receipt indicates that defendant's agent received the summons and copy of the complaint on **May 11, 2005**. The original return receipt is attached hereto.

Plaintiff,
By Its Attorney,

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Subscribed And Sworn To Before Me On
This 17th Day of May, 2005.

Notary Public

6

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DOUGLAS PAQUETTE, INC.

V.

THE TJX COMPANIES, INC., ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 198 ML

TO: (Name and address of Defendant)

BLUE STAR WEBBING CORP.,
c/o NORMAN RUSS, PRESIDENT
77 SECOND AVENUE
GARDEN CITY PARK, NEW YORK, 11040

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael H. Feldhuhn
56 Pine Street
Suite 200
Provicence, RI 02903
Tel. 401-331-6600
FAX 401-274-2780

an answer to the complaint which
summons upon you, exclusive of t
the relief demanded in the compl
period of time after service.

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

1. Article Addressed to:

Blue Star Webbing
c/o Norman Russ, Pres
77 Second Avenue
Garden City Park, NY
11040

7005 0390 0006 2379 8096

CLERK

J. Dutanet

(By) DEPUTY CLERK