UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAY 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

**NOTICE OF CONSENT TO ENLARGEMENT OF TIME**

Plaintiff has agreed that all of the defendants may have an enlargement of time, to and including June 30, 2005, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

[signature]

DATE: May 26, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Enter:
Mary M. Lisi
USDJ 5/27/05

7

CERTIFICATION

On this 26th day of May, 2005, I mailed a copy of this to:

Larry C. Jones, Esquire
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
*Counsel for The TJX Companies, Inc.*

Amy J. Benjamin, Esquire
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
Counsel for *Blue Star Webbing Corp.*

Geri Lynn Mankoff, Esquire
PERRY ELLIS INTERNATIONAL
3000 NW 107th Avenue
Miami, Florida 33172
Counsel for *Perry Ellis International, Inc.*

Chanley Howell, Esquire
FOLEY & LARDNER, LLP
One Independent Drive
Suite 1300
Jacksonville, Florida 32202
*Counsel for Stein Mart, Inc.*

Gene Bolmarcich, Esquire
LIZ CLAIBORNE, INC.
1 Claiborne Avenue
North Bergen, NJ 07047
*Counsel for Liz Claiborne, Inc.*

Lance G. Harris, Esquire
575 Lexington Avenue
10th Floor
New York, NY 10022
*Counsel for Amiee Lynn, Inc.*

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square
6th Floor
Boston, MA 02109