UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOUGLAS PAQUETTE, INC.,<br>Plaintiff,<br><br>Vs.<br><br>THE TJX COMPANIES, INC.,<br>LIZ CLAIBORNE, INC.,<br>PERRY ELLIS INTERNATIONAL, INC.,<br>STEIN MART, INC.,<br>AMIEE LYNN, INC., and<br>BLUE STAR WEBBING CORP.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 05-198 ML |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael J. Smith, as attorney for the following defendant:

BLUE STAR WEBBING CORPORATION.

DEFENDANT,
BLUE STAR WEBBING CORP.,
BY ITS ATTORNEY,

Michael J. Smith
BONNER KIERNAN TREBACH
& CROCIATA
55 Pine Street
Providence, RI 02903
(800) 840-5087
fax (401) 451-4842
Federal I.D. No.: 5019

**CERTIFICATE OF SERVICE**

I, Michael J. Smith, hereby certify that I have on this 17th day of June served the above Notice of Appearance on all counsel of record:

Michael H. Feldhuhn, Esq.
56 Pine Street
Suite 200
Providence, RI 02903

Michael J. Smith