RECEIVED
JUN 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
Defendants.

**NOTICE OF CONSENT TO FURTHER ENLARGEMENT OF TIME**

Plaintiff has agreed that all of the defendants may have a further enlargement of time, to and including **July 15, 2005**, to answer, move, or otherwise respond to the complaint.

Plaintiff,
By Its Attorney,

DATE: June 24, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

U.S. District Judge
Date: 6/27/05

CERTIFICATION

On this 24th day of June, 2005, I mailed a copy of this to:

Larry C. Jones, Esquire
ALSTON & BIRD LLP
101 South Tryon Street -- Suite 4000
Charlotte, NC 28280
*Counsel for The TJX Companies, Inc.*

Amy J. Benjamin, Esquire
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
Counsel for *Blue Star Webbing Corp.*

Geri Lynn Mankoff, Esquire
PERRY ELLIS INTERNATIONAL
3000 NW 107th Avenue
Miami, Florida 33172
Counsel for *Perry Ellis International, Inc.*

Chanley Howell, Esquire
FOLEY & LARDNER, LLP
One Independent Drive -- Suite 1300
Jacksonville, Florida 32202
*Counsel for Stein Mart, Inc.*

Gene Bolmarcich, Esquire
LIZ CLAIBORNE, INC.
1 Claiborne Avenue
North Bergen, NJ 07047
*Counsel for Liz Claiborne, Inc.*

Lance G. Harris, Esquire
575 Lexington Avenue -- 10th Floor
New York, NY 10022
*Counsel for Amiee Lynn, Inc.*

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square -- 6th Floor
Boston, MA 02109

Elliot L. Schaeffer, Esquire
SCHAEFFER & KRONGOLD
450 Seventh Avenue -- Suite 1400
New York, NY 10123