UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

**NOTICE OF CONSENT TO FURTHER ENLARGEMENT OF TIME**

Plaintiff and various of the defendants have been exchanging information in an effort to explore the possibility of an early resolution of at least some significant portion of the case. To facilitate that effort, plaintiff has agreed that all of the defendants may have a further enlargement of time, to and including **August 15, 2005**, to answer, move, or otherwise respond to the amended complaint.

In addition, three of the defendants -- *Burlington Coat Factory Warehouse of East Providence, Inc.*, *Burlington Coat Factory Warehouse of Johnston, Inc.*, and *Burlington Coat Factory Warehouse Corporation* -- have been added to the case in just the past few days. An enlargement until **August 15, 2005** will permit those three newly-added defendants time to investigate the amended complaint and secure counsel.

Enter: Mary M. Lisi USDJ 7/7/05

Plaintiff,
By Its Attorney,

DATE: July 6, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

CERTIFICATION

On this 6th day of July, 2005, I mailed a copy of this to:

Larry C. Jones, Esquire
ALSTON & BIRD LLP
101 South Tryon Street -- Suite 4000
Charlotte, NC 28280
*Counsel for The TJX Companies, Inc.*

Amy J. Benjamin, Esquire
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
Counsel for *Blue Star Webbing Corp.*

Geri Lynn Mankoff, Esquire
PERRY ELLIS INTERNATIONAL
3000 NW 107th Avenue
Miami, Florida 33172
Counsel for *Perry Ellis International, Inc.*

Chanley Howell, Esquire
FOLEY & LARDNER, LLP
One Independent Drive -- Suite 1300
Jacksonville, Florida 32202
*Counsel for Stein Mart, Inc.*

Gene Bolmarcich, Esquire
LIZ CLAIBORNE, INC.
1 Claiborne Avenue
North Bergen, NJ 07047
*Counsel for Liz Claiborne, Inc.*

Lance G. Harris, Esquire
575 Lexington Avenue -- 10th Floor
New York, NY 10022
*Counsel for Amiee Lynn, Inc.*

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square -- 6th Floor
Boston, MA 02109

Elliot L. Schaeffer, Esquire
SCHAEFFER & KRONGOLD
450 Seventh Avenue -- Suite 1400
New York, NY 10123