UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

**NOTICE OF DISMISSAL**
**(AS TO TJX AND LIZ CLAIBORNE ONLY)**

1) Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, and a settlement agreement entered into by and among plaintiff DOUGLAS PAQUETTE, INC. and defendants THE TJX COMPANIES, INC. and LIZ CLAIBORNE, INC., the above-entitled action is hereby dismissed as to those two defendants only, no costs, no fees.

2) The action remains pending against all other defendants.

Plaintiff,
By Its Attorney,

DATE: August 26, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

Enter:
Mary M. Lisi
USDJ 8/29/05

CERTIFICATION

On this 26th day of August, 2005, I mailed a copy of this to:

Larry C. Jones, Esquire
ALSTON & BIRD LLP
101 South Tryon Street -- Suite 4000
Charlotte, NC 28280
*Counsel for The TJX Companies, Inc.*

Amy J. Benjamin, Esquire
DARBY & DARBY P.C.
805 Third Avenue
New York, NY 10022
Counsel for *Blue Star Webbing Corp.*

Geri Lynn Mankoff, Esquire
PERRY ELLIS INTERNATIONAL
3000 NW 107th Avenue
Miami, Florida 33172
Counsel for *Perry Ellis International, Inc.*

Chanley Howell, Esquire
FOLEY & LARDNER, LLP
One Independent Drive -- Suite 1300
Jacksonville, Florida 32202
*Counsel for Stein Mart, Inc.*

Gene Bolmarcich, Esquire
LIZ CLAIBORNE, INC.
1 Claiborne Avenue
North Bergen, NJ 07047
*Counsel for Liz Claiborne, Inc.*

Lance G. Harris, Esquire
575 Lexington Avenue -- 10th Floor
New York, NY 10022
*Counsel for Amiee Lynn, Inc.*

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square -- 6th Floor
Boston, MA 02109

Elliot L. Schaeffer, Esquire
SCHAEFFER & KRONGOLD
450 Seventh Avenue -- Suite 1400
New York, NY 10123