RECEIVED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF
EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF
JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

**NOTICE OF CONSENT TO FURTHER ENLARGEMENT OF TIME**

Plaintiff has made substantial progress towards settling this entire matter.

A dismissal as to defendants THE TJX COMPANIES, INC. and LIZ CLAIBORNE, INC. was filed on August 26th.

A dismissal as to defendant BLUE STAR WEBBING CORP. will be filed later this week.

A draft settlement agreement that would resolve the remainder of this case (and that would also resolve the related case, C.A. No. 05-311-ML) is circulating among the remaining defendants.

To allow that settlement effort to continue for one more week, plaintiff has consented to -- and respectfully asks the court to approve -- a further enlargement of time, to and including **September 16, 2005**, for all of the remaining defendants to answer, move, or otherwise respond to the amended complaint.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 9/9/05

Plaintiff,
By Its Attorney,

DATE: September 7, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

APPROVED:

______________________________
The Honorable Mary M. Lisi
United States District Judge

DATED: September __ , 2005

CERTIFICATION

On this 7th day of September, 2005, I mailed a copy of this to:

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square -- 6th Floor
Boston, MA 02109