UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v.

C.A. No. 2005-198-ML

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF
EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF
JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

RECEIVED
SEP 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**NOTICE OF DISMISSAL**
**(AS TO BLUE STAR WEBBING CORP. ONLY)**

1) Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, and a settlement agreement entered into by and between plaintiff DOUGLAS PAQUETTE, INC. and defendant BLUE STAR WEBBING CORP., the above-entitled action is hereby dismissed as to defendant BLUE STAR WEBBING CORP. only, no costs, no fees.

2) The action remains pending against defendants PERRY ELLIS INTERNATIONAL, INC.; STEIN MART, INC.; AMIEE LYNN, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.; and BURLINGTON COAT FACTORY WAREHOUSE CORPORATION.

Plaintiff,
By Its Attorney,

DATE: September 8, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 9/9/05

CERTIFICATION

On this 8th day of September, 2005, I mailed a copy of this to:

Michael J. Smith, Esquire
BONNER KIERNAN TREBACH & CROCIATA
1 Liberty Square -- 6th Floor
Boston, MA 02109