UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-S

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF
EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF
JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

**NOTICE OF DISMISSAL**
**(AS TO PERRY ELLIS ONLY)**

Pursuant to a settlement agreement between plaintiff and defendant PERRY ELLIS INTERNATIONAL, INC., the above-entitled action is dismissed as to defendant PERRY ELLIS INTERNATIONAL, INC. (only), no interest, no costs, no fees, to any party.

The case remains pending against STEIN MART, INC.; AMIEE LYNN, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.; and BURLINGTON COAT FACTORY WAREHOUSE CORPORATION.

Plaintiff,
By Its Attorney,

DATE: 9-14-05

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
U.S. District Judge

September 15, 2005