UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DOUGLAS PAQUETTE, INC.,
Plaintiff,

v. C.A. No. 2005-198-S

THE TJX COMPANIES, INC.,
LIZ CLAIBORNE, INC.,
PERRY ELLIS INTERNATIONAL, INC.,
STEIN MART, INC.,
AMIEE LYNN, INC.,
BLUE STAR WEBBING CORP.,
BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.,
BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.,
BURLINGTON COAT FACTORY WAREHOUSE CORPORATION,
Defendants.

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**NOTICE OF DISMISSAL**
**(AS TO ALL REMAINING DEFENDANTS)**

Pursuant to a settlement agreement between plaintiff and five of the defendants, the above-entitled action may be dismissed with prejudice as to those five defendants only, no interest, no costs, no fees, to any party. The five defendants dismissed with prejudice pursuant to this notice are: STEIN MART, INC.; AMIEE LYNN, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF EAST PROVIDENCE, INC.; BURLINGTON COAT FACTORY WAREHOUSE OF JOHNSTON, INC.; and BURLINGTON COAT FACTORY WAREHOUSE CORPORATION.

Plaintiff,
By Its Attorney,

DATE: September 21, 2005

Michael H. Feldhuhn (#3344)
56 Pine Street
Suite 200
Providence, Rhode Island 02903
Tel. (401) 331-6600
FAX (401) 274-2780

ENTER:

The Honorable William E. Smith
United States District Judge

DATED: September 22, 2005

CERTIFICATION

On this 21st day of September, 2005, I mailed a copy of this to:

Mitchell C. Stein, Esquire
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 1-212-660-3042
FAX: 1-646-660-3001
ATTORNEY FOR DEFENDANTS